IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL LOWE and KEARBY KAISER, on behalf of themselves and others similarly situated, | ) ) ) ) Case No. 1:14-cv-03687 |
| Plaintiffs, | ) ) ) |
| v. | ) ) Hon. Judge John Z. Lee ) Hon. Mag. Judge M. David Weisman |
| CVS PHARMACY, INC., MINUTECLINIC, LLC, and WEST CORPORATION, | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' STATUS REPORT**

1. This case involves allegations that Defendants violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, and Illinois Automatic Telephone Dialers Act, 815 ILCS 305/1 *et seq.*, with respect to Plaintiffs and other consumers.

2. Plaintiffs report as a follow up on the status of settlement talks, as referred to in the Parties' Joint Status Report submitted on September 17, 2018. [Dkt. No. 393].

3. The parties met with Judge Welsh on September 21, 2018, and did not reach resolution.

4. The parties do not currently have plans to mediate again.

Dated: September 21, 2018

                                                                                        Respectfully submitted,

                                                                                        /s/ Alexander H. Burke

Alexander H. Burke

Daniel J. Marovitch
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

Edward A. Broderick (*pro hac vice*)
Anthony I. Paronich (*pro hac vice*)
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com

Matthew P. McCue (*pro hac vice*)
LAW OFFICE OF MATTHEW P. MCCUE
1 South Ave., 3rd Floor
Natick, MA 07160
Telephone: (508) 655-1415
mmccue@massattorneys.net

Brian K. Murphy
MURRAY MURPHY MOUL BASIL LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: (614) 488-0400
murphy@mmmb.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 21, 2018, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/Alexander H. Burke