**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KEARBY KAISER, on behalf of themselves and others similarly situated, ) ) ) | Case No. 1:14-cv-03687 |
| Plaintiffs, ) ) ) | |
| v. ) ) ) | |
| CVS PHARMACY, INC., MINUTECLINIC, LLC, and WEST CORPORATION, ) ) ) ) | Hon. Judge John Z. Lee Hon. Mag. Judge M. David Weisman |
| Defendants. ) ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXTRA PAGES IN MOTION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD**

Plaintiff Kearby Kaiser seeks leave to file a twenty-four page Motion for Award of Attorney's Fee, Expenses and Incentive Award. Plaintiff respectfully submits that addressing litigation history and factors to be considered in awarding fees requires extra pages.

A Proposed Order is submitted as Exhibit 1.

                                                    Respectfully submitted,

                                                    KEARBY KAISER.,
                                                    individually and on behalf of a class of all persons and entities similarly situated

Dated: October 2, 2019          By:  */s/ Edward A. Broderick*
                                                    Edward A. Broderick
                                                    Email: ted@broderick-law.com
                                                    BRODERICK LAW, P.C.
                                                    99 High Street, Suite 304
                                                    Boston, Massachusetts 02110
                                                    Telephone: (617) 738-7080

Alexander H. Burke
Email: aburke@burkelawllc.com
Daniel J. Marovitch
Email: dmarovitch@burkelawllc.com
BURKE LAW OFFICES, LLC
155 North Michigan Avenue, Suite 9020
Chicago, Illinois 60601
Telephone: (312) 729-5288

Brian K. Murphy
MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: (614) 488-0400
Facsimile: (614) 488-0401
murphy@mmmb.com

Matthew P. McCue (appearance forthcoming)
Email: mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415

*Counsel for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, October 2, 2019, filed the within and foregoing motion, memorandum, and exhibits using the CM/ECF system, which shall serve such on all counsel of record.

      */s/ Edward A. Broderick*
      Edward A. Broderick